IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER VICTOROVICH IVANOV,

    Plaintiff,                        No. CIV S-06-1384 MCE PAN (GGH) PS

    vs.

MICHAEL CHERTOFF, SECRETARY OF          ORDER
THE DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.

_____/

       Defendants move for an extension of time until October 20, 2006, within which to file an answer to plaintiff's petition for hearing, filed June 22, 2006. This is defendants' first request for an extension, which they assert is needed to await completion of plaintiff's FBI background check and the subsequent processing of plaintiff's naturalization application by CIS. Good cause having been shown, defendants' answer is due on October 20, 2006.

DATED: 8/17/06

                                             /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

NOW6: GGH (PAN).IVANOV.eot

1